**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ABB, Inc.,<br><br>  Defendant. | Civil Action No. 0:26-cv-1144<br><br>**UNOPPOSED MOTION TO**<br>**ENTER CONSENT DECREE** |

Plaintiff, the United States, moves the Court to sign (on page 44) and enter the proposed

Consent Decree, which was lodged with the Court on March 19, 2026 (Dkt. 4-1). Notice of the

proposed Consent Decree was published in the Federal Register, 91 Fed. Reg. 14041 (March 24,

2026), and public comments were solicited in accordance with Department of Justice policy, 28

C.F.R. § 50.7 (Dkt. 4-1, CD ¶ 81). The United States received no comments on the Consent Decree.

As explained in the Memorandum in Support, the United States believes the Consent Decree is

fair, reasonable, consistent with the Comprehensive Environmental Response, Compensation and

Liability Act, and in the public interest. By the terms of the Consent Decree (CD ¶ 82), Defendant

ABB, Inc. has consented to its entry without further notice, so this Motion is not opposed by any

party. A copy of the Decree signed by both parties has been emailed to the Court's chambers.

    Respectfully submitted,

    ADAM R.F. GUSTAFSON
    Principal Deputy Assistant Attorney General
    Environment and Natural Resources Division
    United States Department of Justice

By:     *s/ Brian Schaap*
BRIAN SCHAAP
DC Bar #1780655
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-0116
Brian.Schaap@usdoj.gov

OF COUNSEL:

JOHN SHEESLEY
Associate Regional Counsel
U.S. EPA Region IV
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, I caused the foregoing document to be served on counsel for ABB, Inc. by mail and email as follows:

Peter R. Knight
pknight@rc.com
Robert Melvin
rmelvin@rc.com
Robinson & Cole LLP
One State Street
Hartford, CT 06103


Dated: June 8, 2026

_Brian Schaap_
BRIAN SCHAAP